## ORDER

PER CURIAM.

### On Rehearing

Following this Court's opinion and decision filed June 21, 1966 (Coleman v. United States, 9th Cir. 1966, 363 F.2d 190), the United States petitioned for a rehearing. The Court then entered an order inviting Stewart L. Udall, Secretary of the Interior, to move to join as a counterclaim defendant and appellee (See Mullaney v. Anderson, 1952, 342 U.S. 415, 72 S.Ct. 428, 96 L.Ed. 458). Such a motion was made, and an order was entered joining Stewart L. Udall, Secretary of the Interior, as a counterclaim defendant and appellee, and a rehearing was granted. Briefs were filed and oral argument entertained on June 15, 1967.

After thorough reconsideration of the issues involved and the arguments of the opposing parties, the Court adheres to and confirms the opinion and decision filed June 21, 1966.

Before MURRAH, Chief Judge, and HILL and SETH, Circuit Judges.

PER CURIAM.

The judgment of the trial court is reversed and remanded for: (1) reconsideration of the proposed patient's right to counsel in the commitment proceedings in view of In the Matter of the Application of Paul L. Gault, etc. (May 15, 1967), 387 U.S. 1, 87 S.Ct. 1428, 18 L.Ed.2d 527. And see also "The Function of the Attorney and the Commitment of the Mentally Ill", 44 Tex. L.R., p. 424; The New Kansas Philosophy About " 'Care or Treatment' Of The 'Mentally Ill Person' and Obtaining a Guardian or Conservator, or Both." Vol. 6, Washburn L.J. p. 448; and (2) if the trial court determines that the proposed patient had a constitutional right to counsel in the commitment proceedings, could that right be waived by his natural guardian, and if so, did the natural guardian waive it?

Charles W. PARKER, By and Through Mabel A. Parker, his Mother and Next Friend, Appellant,

v.

Fred W. HERYFORD, Superintendent of the Wyoming Training School in Fremont County, Wyoming, Appellee.

No. 8832.

United States Court of Appeals Tenth Circuit.

June 22, 1967.

James E. Birchby, Sheridan, Wyo., for appellant.

Lawrence E. Johnson, Cheyenne, Wyo. (John F. Raper, Cheyenne, Wyo., on brief), for appellee.

UNITED STATES of America, ex rel. Joseph M. HOUGHTON, Appellant,

v.

William W. SCRANTON, Gov., Hon. Walter Alessandroni, Arthur T. Prasse, Com. State Corr., David N. Myers, Supt. State Corr. Institution, Graterford, Penna. and Clarence R. Wolfe, Dept. Supt. et al.

No. 16208.

United States Court of Appeals Third Circuit.

Submitted June 19, 1967.

Decided July 26, 1967.